# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

MANUEL GARCIA,

        Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 1:11-at-00732

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**

(Doc. 4)

Plaintiff Manuel Garcia filed a complaint on November 21, 2011, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED THAT:

    1.    Plaintiff's application to proceed *in forma pauperis* is GRANTED;

    2.    The Clerk of Court is DIRECTED to issue a summons; and

    3.    The United States marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant as directed by the plaintiff.

IT IS SO ORDERED.

**Dated:**   **November 29, 2011**                                    **/s/ Sheila K. Oberto**
                                                                          UNITED STATES MAGISTRATE JUDGE