Lawrence D. Rohlfing
Attorney at Law: 119433
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)868-5886
Fax: (562)868-5491
E-Mail:rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff MANUEL GARCIA

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MANUEL GARCIA, | Case No. 1:11-cv-01965-SKO |
| Plaintiff, | STIPULATION EXTEND TIME |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security. | |
| Defendant. | |

TO THE HONORABLE SHEILA K. OBERTO, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Plaintiff shall have a 17 day extension of time, to and including July 13, 2012, in which to file plaintiff's opening brief.

///
///
///
///

-1-

This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issued presented and Counsel has 4 opening briefs and 2 reply briefs due on the 25th or 26th of June, with appearances in other matters in Moreno Valley and Palm Springs.

DATE: June 25, 2012          Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Lawrence D. Rohlfing*

BY: _____
Lawrence D. Rohlfing
Attorney for plaintiff Manuel Garcia

DATE:  June 25, 2012         BENJAMIN B. WAGNER
United States Attorney

/s/ *Tova Wolking**

BY: _____
Tova Wolking
Special Assistant United States Attorney
Attorneys for defendant Michael Astrue
|*authorized by e-mail|

**ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

1. Plaintiff shall file his opening brief on or before July 13, 2012;

2. Defendant shall file an opposition brief on or before August 16, 2012; and

3. Plaintiff may file an optional reply brief on or before September 3, 2012.

IT IS SO ORDERED.

Dated:  **June 26, 2012**            **/s/ Sheila K. Oberto**
                                     UNITED STATES MAGISTRATE JUDGE