1  Lawrence D. Rohlfing
2  Attorney at Law: 119433
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel: (562)868-5886
4  Fax: (562)868-5491
   E-Mail:rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff MANUEL GARCIA
6

7
                    **UNITED STATES DISTRICT COURT**
8                   **EASTERN DISTRICT OF CALIFORNIA**

9

10

11 | MANUEL GARCIA,                           ) Case No. 1:11-cv-01965-SKO
                                              )
12 |         Plaintiff,                       ) STIPULATION EXTEND TIME
                                              )
13 | v.                                       )
                                              )
14 | MICHAEL J. ASTRUE,                       )
     Commissioner of Social Security.         )
15 |                                          )
             Defendant.                       )
16 |                                          )
    |_____)
17

18     TO THE HONORABLE SHEILA K. OBERTO, MAGISTRATE JUDGE

19 OF THE DISTRICT COURT:

20     IT IS HEREBY STIPULATED by and between the parties, through their

21 respective counsel, that Plaintiff shall have a 17 day extension of time, to and

22 including July 13, 2012, in which to file plaintiff's opening brief.

23 ///

24 ///

25 ///

26 ///

27

28

-1-

This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issued presented and Counsel has 4 opening briefs and 2 reply briefs due on the 25th or 26th of June, with appearances in other matters in Moreno Valley and Palm Springs.

DATE: June 25, 2012           Respectfully submitted,

                                          LAW OFFICES OF LAWRENCE D. ROHLFING

                                          /s/ *Lawrence D. Rohlfing*

                              BY: _____
                                   Lawrence D. Rohlfing
                                   Attorney for plaintiff Manuel Garcia

DATE:  June 25, 2012          BENJAMIN B. WAGNER
                                  United States Attorney

                                          /s/ *Tova Wolking**

                              BY: _____
                                   Tova Wolking
                                   Special Assistant United States Attorney
                                   Attorneys for defendant Michael Astrue
                                   |*authorized by e-mail|

**ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

1. Plaintiff shall file his opening brief on or before July 13, 2012;

2. Defendant shall file an opposition brief on or before August 16, 2012; and

3. Plaintiff may file an optional reply brief on or before September 3, 2012.

IT IS SO ORDERED.

Dated:  **June 26, 2012**                 **/s/ Sheila K. Oberto**
                                                          UNITED STATES MAGISTRATE JUDGE